**Original filed 5/5/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY RICHARDSON,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT AYERS, Warden,<br><br>    Respondent. | No. C 01-20748 JF (PR)<br><br>ORDER DENYING PETITIONER'S MOTION TO REOPEN AND RECONSIDER CASE; INSTRUCTIONS TO CLERK<br><br>(Docket No. 13) |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 29, 1999, the Court issued a limited order to show cause to Respondent as to why the petition should not be granted, denied Petitioner's in forma pauperis application, and ordered Petitioner to pay the $5.00 filing fee within thirty days. On July 14, 1999, the Court dismissed the instant petition without prejudice for Petitioner's failure to pay the filing fee.

    On March 7, 2006, Petitioner filed a motion to reopen and reconsider case with an amended habeas petition, stating that he wishes to proceed with the amended petition. The instant case was dismissed without prejudice and closed due to Petitioner's failure to pay the filing fee. Therefore, the amended petition and accompanying motions should be

1  filed in a new action. Accordingly, Petitioner's motion to reopen and reconsider the case
2  (docket no. 13) is DENIED.
3       The Clerk is instructed to terminate all motions in the instant closed case and to
4  OPEN a new case and TRANSFER document number 13 to the new habeas action. The
5  Court will review the amended petition and motions in the new habeas action.
6       IT IS SO ORDERED.
7  DATED: 5/4/06
8                               JEREMY FOGEL
                              United States District Judge

1 | This is to certify that a copy of this ruling was mailed to the following:

2

3 | Jerry Richardson
J-66917
Pelican Bay State Prison
4 | P.O. Box 7000
5905 Lake Earl Drive
5 | Crescent City, CA  95531

6

7 | Laurence K. Sullivan
CA State Attorney General's Office
455 Golden Gate Avenue
8 | Suite 11000
San Francisco, CA  94102-7004

Order Denying Petitioner's Motion to Reopen and Reconsider Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.98\Richardson582misc